IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 15-CR-57-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| FABIAN TAYLOR, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL ORDER OF FORFEITURE

WHEREAS, an Indictment was filed on June 24, 2015, charging defendant with a violation of 18 U.S.C. § 922(g)(1), being a felon in possession of a firearm, with a forfeiture allegation seeking the forfeiture of a Ruger .357 Magnum revolver;

AND WHEREAS, on October 15, 2015, the Honorable Jon Stuart Scoles, Chief Magistrate Judge for the Northern District of Iowa, entered a Report and Recommendation concerning the plea of guilty (Document #24);

AND WHEREAS, pursuant to the provision of Rule 32.2(b)(1)(A) of the Federal Rules of Criminal Procedure, Judge Scoles found that the government had established the requisite nexus between the property subject to forfeiture, the firearm, and the offense as charged in Count 1 of the June 24, 2015, Indictment, a prohibited person in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1);

AND WHEREAS, on October 30, 2015, the Court accepted Judge Scoles' Report and Recommendation of November 30, 2015 (Document #25);

1

AND WHEREAS, pursuant to the October 30, 2015, acceptance of the plea of guilty, the United States moved for a Preliminary Order of Forfeiture on November 2, 2015, pursuant to Rule 32.2(b)(2)(A), seeking an order following the Court's acceptance of Judge Scoles' Report and Recommendation, including his finding of the requisite nexus between the firearm, and the offense (Document #26);

AND WHEREAS, on November 12, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on October 15, 2015, in which the Court ordered the forfeiture of any interest defendant had or has in the firearm alleged to be subject to forfeiture under the Forfeiture Allegation of the June 24, 2015, Indictment (Document #28);

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning November 17, 2015, and continuing through December 16, 2015, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property (Document #33);

AND WHEREAS, Zachary Bever was served on November 27, 2015, by certified mail, return receipt, with notice of this forfeiture action and a copy of the Preliminary Order of Forfeiture (Document # 47);

AND WHEREAS, no third-party claims have been made for return of seized property against the firearm included in the Preliminary Order of Forfeiture entered on November 12, 2015.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property seized from Fabian Taylor, Jr. who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

> **a Ruger .357 Magnum revolver, bearing serial number 171-32465, seized from defendant on or about July 20, 2014, in Cedar Rapids, Iowa.**

3. That any interest Zachary Bever has or had in the Ruger .357 Magnum revolver, bearing serial number 171-32465 is hereby extinguished for his failure to file a claim/petition in this case.

4. That the United States Marshals Service and/or Federal Bureau of Investigation, is hereby authorized to dispose of the firearm identified in paragraph 2 above, as well as any ammunition, if seized.

5. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DATED** this 1st day of March, 2016.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA